450 A.2d 1065

Commonwealth v. Hill, Appellant.

Submitted March 24, 1981. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.